# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 10-26936-ERW |
| | § | |
| JAMES A PAYNE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 09/03/2013, in Courtroom 744, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  08/05/2013           By: /s/ David P. Leibowitz
                                        (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 10-26936-ERW |
|---|---|---|
| | § | |
| JAMES A PAYNE | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $68,750.00
*and approved disbursements of* $28,503.11
*leaving a balance on hand of[1]:* $40,246.89

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $40,246.89

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| DAVID P. LEIBOWITZ, Trustee Fees | $6,687.50 | $0.00 | $6,687.50 |
| David P. Leibowitz, Trustee Expenses | $188.40 | $0.00 | $188.40 |

Total to be paid for chapter 7 administrative expenses: $6,875.90
Remaining balance: $33,370.99

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $33,370.99

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.
**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $33,370.99 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $5,369,254.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Kubota Tractor Corporation | $188,189.73 | $0.00 | $1,169.63 |
| 2 | Kubota Credit Corporation, U.S.A. | $41,246.78 | $0.00 | $256.36 |
| 3 | Chase Bank USA, N.A. | $48,500.17 | $0.00 | $301.44 |
| 4 | Chase Bank USA, N.A. | $35,357.44 | $0.00 | $219.75 |
| 5 | Chase Bank USA, N.A. | $3,912.73 | $0.00 | $24.32 |
| 6 | Textron Financial Corporation | $14,607.71 | $0.00 | $90.79 |
| 7 | Capital One Bank (USA), N.A. | $231.03 | $0.00 | $1.44 |
| 8 | American Express Bank, FSB | $9,760.21 | $0.00 | $60.66 |
| 9 | American Express Bank, FSB | $38,213.95 | $0.00 | $237.51 |
| 10 | FIA Card Services, NA/Bank of America | $45,068.18 | $0.00 | $280.11 |
| 11 | American Express Centurion Bank | $30,314.64 | $0.00 | $188.41 |
| 12 | Western Finance & Lease, Inc. | $18,752.13 | $0.00 | $116.55 |
| 13 | Western Finance & Lease, Inc. | $183,727.56 | $0.00 | $1,141.90 |
| 14 | CNH Capital America LLC | $1,764,812.27 | $0.00 | $10,968.66 |
| 15 | Harris N.A. | $2,946,559.67 | $0.00 | $18,313.46 |

|  | Total to be paid to timely general unsecured claims: | $33,370.99 |
|---|---|---|
|  | Remaining balance: | $0.00 |

UST Form 101-7-NFR (10/1/2010)

  Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

  Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

           Prepared By: /s/ David P. Leibowitz
                 Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                                    Case No. 10-26936-ERW
James A Payne                                                                             Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: lkorotko          Page 1 of 3          Date Rcvd: Aug 06, 2013
                      Form ID: pdf006          Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2013.

```
db          #+James A Payne,    190 Selwyn Lane,    Buffalo Grove, IL 60089-4333
15716582     +American Express,    PO Box 0001,    Los Angeles, CA 90096-8000
16655198      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16783694      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15716583     +Bank of America,    PO Box 15710,    Wilmington, DE 19886-5710
15716590     +CNH Capital America, LLC,    c/o Apostol Kowal & Jordan,    200 S. Wacker Dr., 32nd Floor,
               Chicago, IL 60606-5878
15751659     +Capital One,    Po Box 30285,    Salt Lake City, UT 84130-0285
20311526      Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
               Charlotte, NC 28272-1083
15716585     +Cenlar,    PO Box 211091,    Eagan, MN 55121-2491
15716586     +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
15716587     +Chase,    PO Box 15153,    Wilmington, DE 19886-5153
16450736      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15716589     +Citibank,    PO Box 688923,    Des Moines, IA 50368-8923
15716593     +Harris Bank,    PO Box 0755,    Chicago, IL 60690-0755
15716594     +Harris Bank, N.A.,    Michael Benz, Chapman & Cutler LLP,    111 W. Monroe Street,
               Chicago, IL 60603-4080
16790789     +Harris N.A.,    111 W. Monroe St.,    Chicago, IL 60603-4095
16154192     +Kubota Credit Corporation, U.S.A.,    c/o Davis & Campbell L.L.C.,    401 Main Street, Suite 1600,
               Peoria, IL 61602-1241
15716595     +Kubota Tractor Corp/Kubota Credit,    Corp. USA c/o Davis & Campbell, LLC,
               161 N. Clark Street, Suite 4700,    Chicago, IL 60601-3201
16154129     +Kubota Tractor Corporation,    c/o Davis & Campbell L.L.C.,    401 Main Street, Suite 1600,
               Peoria, IL 61602-1241
15716596     +Small Business Administration,    c/o Joel Nathan, US Attorney,    219 S. Dearborn, 5th Floor,
               Chicago, IL 60604-2029
15716597     +Western Finance & Lease, Inc.,    c/o Vogel Law Firm,    218 NP Avenue, PO Box 1389,
               Fargo, ND 58107-1389
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
16510842      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 07 2013 02:29:16     Capital One Bank (USA), N.A.,
               by American Infosource Lp As Agent,    PO Box 248839,    Oklahoma City, OK 73124-8839
15716588     +E-mail/Text: bk.notifications@jpmchase.com Aug 07 2013 02:16:14     Chase Automotive,
               PO Box 901076,    Fort Worth, TX 76101-2076
16762886      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 07 2013 02:34:39
               FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
               Oklahoma City, OK 73124-8809
15716592     +E-mail/Text: capitalbankruptcynotice@ge.com Aug 07 2013 02:58:09     GE Capital,
               125 E. John Carpenter Fwy, #1000,    Irving, TX 75062-2204
16451787     +E-mail/Text: SDS@TEXTRONFINANCIAL.COM Aug 07 2013 02:24:56     Textron Financial Corporation,
               11575 Great Oaks Way, Ste 210,    Alpharetta, GA 30022-2426
16784981      E-mail/Text: robin.steffan@wf-l.com Aug 07 2013 02:57:56     Western Finance & Lease, Inc.,
               Attn: Robin Steffan,    Po Box 640,    Devils Lake,ND 58301-0640
                                                                                              TOTAL: 6
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16668546*     American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15716584    ##+Bank of America,    PO Box 15026,    Wilmington, DE 19850-5026
16786162    ##+CNH Capital America LLC,    c/o Gregory J. Jordan,    Jordan, Kowal & Apostol LLC,
               222 S. Riverside Plaza, Ste. 1550,    Chicago IL 60606-6016
15716591    ##+Eric S. Payne,    13462 Spring Farm Drive,    Carmel, IN 46032-9795
                                                                                TOTALS: 0, * 1, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1           User: lkorotko              Page 2 of 3              Date Rcvd: Aug 06, 2013
                               Form ID: pdf006             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 08, 2013**                          **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: lkorotko             Page 3 of 3            Date Rcvd: Aug 06, 2013
                              Form ID: pdf006            Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 5, 2013 at the address(es) listed below:

```
              David G. G Lubben     on behalf of Creditor    Kubota Tractor Corporation michaeldpcr@yahoo.com
              David G. G Lubben     on behalf of Creditor    Kubota Credit Corporation, U.S.A.
               michaeldpcr@yahoo.com
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Gabrielle Hirz     on behalf of Defendant    United States of America gabrielle.g.hirz@usdoj.gov,
               northern.taxcivil@usdoj.gov
              Gregory J Jordan     on behalf of Creditor    CNH Capital America LLC gjordan@jka-law.com
              Jeffrey K. Paulsen     on behalf of Trustee David P Leibowitz, ESQ jpaulsen@wfactorlaw.com,
               gsullivan@wfactorlaw.com
              Jeffrey K. Paulsen     on behalf of Intervenor-Plaintiff Philip V. Martino jpaulsen@wfactorlaw.com,
               gsullivan@wfactorlaw.com
              Jeffrey K. Paulsen     on behalf of Plaintiff David P. Leibowitz jpaulsen@wfactorlaw.com,
               gsullivan@wfactorlaw.com
              Lester A Ottenheimer, III     on behalf of Debtor James A Payne lottenheimer@olawgroup.com,
               nfishkin@olawgroup.com
              Michael T. Benz     on behalf of Creditor    Harris N.A. benz@chapman.com,  eickmann@chapman.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              William J Factor     on behalf of Plaintiff David P. Leibowitz wfactor@wfactorlaw.com,
               wfactorlaw@gmail.com;nb@wfactorlaw.com
                                                                                             TOTAL: 13
```