**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-26936-ERW |
| | § | |
| JAMES A PAYNE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $312,772.00 | Assets Exempt: | $342,665.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $33,370.99 | Claims Discharged Without Payment: | $7,797,591.44 |
| Total Expenses of Administration: | $35,379.01 | | |

3) Total gross receipts of $68,750.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $68,750.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $326,935.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $35,379.01 | $35,379.01 | $35,379.01 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $7,423,063.10 | $5,369,254.20 | $5,369,254.20 | $33,370.99 |
| **Total Disbursements** | $7,749,998.10 | $5,404,633.21 | $5,404,633.21 | $68,750.00 |

4). This case was originally filed under chapter 7 on 06/15/2010. The case was pending for 41 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>11/18/2013</u>     By:  <u>/s/ David P. Leibowitz</u>
                                    Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 12-00992 Leibowitz v. United States of America et al | 1122-000 | $68,750.00 |
| **TOTAL GROSS RECEIPTS** | | **$68,750.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cenlar | 4110-000 | $116,614.00 | NA | $0.00 | $0.00 |
| | Chase Automotive | 4110-000 | $19,000.00 | NA | $0.00 | $0.00 |
| | Citibank | 4110-000 | $191,321.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$326,935.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID P. LEIBOWITZ, Trustee | 2100-000 | NA | $6,687.50 | $6,687.50 | $6,687.50 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $188.40 | $188.40 | $188.40 |
| Green Bank | 2600-000 | NA | $268.07 | $268.07 | $268.07 |
| The Law Office of William J. Factor, Ltd, Attorney for Trustee | 3210-000 | NA | $27,500.00 | $27,500.00 | $27,500.00 |
| The Law Office of William J. Factor, Ltd, Accountant for Trustee | 3420-000 | NA | $735.04 | $735.04 | $735.04 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$35,379.01** | **$35,379.01** | **$35,379.01** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Kubota Tractor Corporation | 7100-000 | $219,895.86 | $188,189.73 | $188,189.73 | $1,169.63 |
| 2 | Kubota Credit Corporation, U.S.A. | 7100-000 | NA | $41,246.78 | $41,246.78 | $256.36 |
| 3 | Chase Bank USA, N.A. | 7100-000 | $48,500.00 | $48,500.17 | $48,500.17 | $301.44 |
| 4 | Chase Bank USA, N.A. | 7100-000 | $35,400.00 | $35,357.44 | $35,357.44 | $219.75 |
| 5 | Chase Bank USA, N.A. | 7100-000 | $3,900.00 | $3,912.73 | $3,912.73 | $24.32 |
| 6 | Textron Financial Corporation | 7100-000 | NA | $14,607.71 | $14,607.71 | $90.79 |
| 7 | Capital One Bank (USA), N.A. | 7100-000 | NA | $231.03 | $231.03 | $0.00 |
|  | Office of the Clerk United States Bankruptcy Court (Claim No. 7; Capital One Bank (USA), N.A.) | 7100-001 | $0.00 | $0.00 | $0.00 | $1.44 |
| 8 | American Express Bank, FSB | 7100-000 | $9,700.00 | $9,760.21 | $9,760.21 | $60.66 |
| 9 | American Express Bank, FSB | 7100-000 | $30,400.00 | $38,213.95 | $38,213.95 | $237.51 |
| 10 | FIA Card Services, NA/Bank of America | 7100-000 | $45,000.00 | $45,068.18 | $45,068.18 | $280.11 |
| 11 | American Express Centurion Bank | 7100-000 | $38,300.00 | $30,314.64 | $30,314.64 | $188.41 |
| 12 | Western Finance & Lease, Inc. | 7100-000 | NA | $18,752.13 | $18,752.13 | $116.55 |
| 13 | Western Finance & Lease, Inc. | 7100-000 | $265,446.74 | $183,727.56 | $183,727.56 | $1,141.90 |
| 14 | CNH Capital America LLC | 7100-000 | $1,764,812.27 | $1,764,812.27 | $1,764,812.27 | $10,968.66 |
| 15 | Harris N.A. | 7100-000 | $2,500,000.00 | $2,946,559.67 | $2,946,559.67 | $18,313.46 |
|  | American Express | 7100-000 | $40.00 | NA | NA | $0.00 |
|  | Bank of America | 7100-000 | $29,300.00 | NA | NA | $0.00 |
|  | Eric S. Payne | 7100-000 | $250,000.00 | NA | NA | $0.00 |
|  | GE Capital | 7100-000 | $134,673.59 | NA | NA | $0.00 |
|  | Harris Bank | 7100-000 | $845.00 | NA | NA | $0.00 |
|  | Harris Bank, N.A. | 7100-000 | $1,190,124.06 | NA | NA | $0.00 |
|  | Small Business | 7100-000 | $856,725.58 | NA | NA | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| Administration | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | $7,423,063.10 | $5,369,254.20 | $5,369,254.20 | $33,370.99 |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 10-26936-ERW | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | PAYNE, JAMES A | Date Filed (f) or Converted (c): | 06/15/2010 (f) |
| For the Period Ending: | 11/18/2013 | §341(a) Meeting Date: | 08/25/2010 |
| | | Claims Bar Date: | 02/09/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Debtor's residence: Location: 190 Selwyn Lane, Buffalo Grove IL 60089 | $310,000.00 | $0.00 | | $0.00 | FA |
| 2 | Cash on Debtor's person | $42.00 | $0.00 | | $0.00 | FA |
| 3 | Checking account - American Enterprise Bank | $500.00 | $0.00 | | $0.00 | FA |
| 4 | 1 computer, printer and monitor, 3 TV's, 1 DVD player, stereo, miscellaneous appliances, kitchen table and chairs, dining room furniture, living room furniture, family room furniture and 4 sets of bedroom furniture | $1,800.00 | $0.00 | | $0.00 | FA |
| 5 | Miscellaneous pictures | $180.00 | $0.00 | | $0.00 | FA |
| 6 | Miscellaneous wearing apparel | $150.00 | $0.00 | | $0.00 | FA |
| 7 | 1 wedding ring, 1 watch | $400.00 | $0.00 | | $0.00 | FA |
| 8 | 1 digital camera | $50.00 | $0.00 | | $0.00 | FA |
| 9 | Sun Life | $85,715.00 | $0.00 | | $0.00 | FA |
| 10 | IRA | $233,000.00 | $0.00 | | $0.00 | FA |
| 11 | Payne Properties, LLC (50% member) | Unknown | Unknown | | $0.00 | FA |
| 12 | Payline West Leasing, Inc. | Unknown | Unknown | | $0.00 | FA |
| 13 | State tax refund (approximate amount) | $2,000.00 | $972.00 | | $0.00 | FA |
| 14 | 2004 Lexus LS 430 (145,000 miles) | $6,000.00 | $3,600.00 | | $0.00 | FA |
| 15 | 2009 Chrysler Town & Country Van (13,000 miles) | $15,350.00 | $0.00 | | $0.00 | FA |
| 16 | 1 snowblower, patio furniture, barbeque grill, 1 set of golf clubs, miscellaneous tools | $250.00 | $250.00 | | $0.00 | FA |
| 17 | 12-00992 Leibowitz v. United States of America et al | $0.00 | Unknown | | $68,750.00 | FA |

**TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
| | $655,437.00 | $4,822.00 | | $68,750.00 | $0.00 |

**Major Activities affecting case closing:**

| 08/27/2010 | Need accounting and check book records atleast one year prior to filing for Payne properties. Also need personal bank statements. |
| 11/04/2010 | 2004 EXAMINATION SCHEDULED FOR 11/23/10 @ 12 PM IN WAUKEGAN OFFICE |
| 12/31/2011 | Evaluating case for potential assets |
| 03/22/2013 | Settlement Approved. 2/26/2013 |
| 03/28/2013 | 12-00992 Leibowitz v. United States of America et al (closed) |
| 05/21/2013 | Reviewing claims. |

**FORM 1**

Page No: 2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No.: | 10-26936-ERW | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | PAYNE, JAMES A | Date Filed (f) or Converted (c): | 06/15/2010 (f) |
| For the Period Ending: | 11/18/2013 | §341(a) Meeting Date: | 08/25/2010 |
| | | Claims Bar Date: | 02/09/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

05/28/2013     Order granted for Application of Compensation for Jeffrey K. Paulsen.
06/20/2013     TFR Completed for Trustee's review.
09/02/2013     David & Campbel represent Kubota in the Payne bankruptcy

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2012 |
| **Current Projected Date Of Final Report (TFR):** | 07/31/2013 |

/s/ DAVID LEIBOWITZ
DAVID LEIBOWITZ

**FORM 2**  
Case 10-26936  Doc 67  Filed 12/03/13  Entered 12/03/13 10:52:41  Desc Main
Document  Page 8 of 10
**Page No:** 1
Exhibit 9
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-26936-ERW | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | PAYNE, JAMES A | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1792 | | Checking Acct #: | ******3601 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 6/15/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/18/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/22/2013 | (17) | Krieg Devault Alexander and Capehart LLP | Incoming Wire Re: Settlement Court Order entered on 2/26/2013 | 1122-000 | $68,750.00 | | $68,750.00 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $42.94 | $68,707.06 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $107.29 | $68,599.77 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $117.84 | $68,481.93 |
| 06/04/2013 | 3001 | The Law Office of William J. Factor, Ltd | Per Court Order 5/28/2013. | 3210-000 | | $27,500.00 | $40,981.93 |
| 06/04/2013 | 3002 | The Law Office of William J. Factor, Ltd | Per Court Order 5/28/2013. | 3420-000 | | $735.04 | $40,246.89 |
| 09/04/2013 | 3003 | DAVID P. LEIBOWITZ | Trustee Compensation | 2100-000 | | $6,687.50 | $33,559.39 |
| 09/04/2013 | 3004 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $188.40 | $33,370.99 |
| 09/04/2013 | 3005 | Kubota Tractor Corporation | Claim #: 1; Amount Claimed: 188,189.73; Amount Allowed: 188,189.73; Distribution Dividend: 0.62; | 7100-000 | | $1,169.63 | $32,201.36 |
| 09/04/2013 | 3006 | Kubota Credit Corporation, U.S.A. | Claim #: 2; Amount Claimed: 41,246.78; Amount Allowed: 41,246.78; Distribution Dividend: 0.62; | 7100-000 | | $256.36 | $31,945.00 |
| 09/04/2013 | 3007 | Chase Bank USA, N.A. | Claim #: 3; Amount Claimed: 48,500.17; Amount Allowed: 48,500.17; Distribution Dividend: 0.62; | 7100-000 | | $301.44 | $31,643.56 |
| 09/04/2013 | 3008 | Chase Bank USA, N.A. | Claim #: 4; Amount Claimed: 35,357.44; Amount Allowed: 35,357.44; Distribution Dividend: 0.62; | 7100-000 | | $219.75 | $31,423.81 |
| 09/04/2013 | 3009 | Chase Bank USA, N.A. | Claim #: 5; Amount Claimed: 3,912.73; Amount Allowed: 3,912.73; Distribution Dividend: 0.62; | 7100-000 | | $24.32 | $31,399.49 |
| 09/04/2013 | 3010 | Textron Financial Corporation | Claim #: 6; Amount Claimed: 14,607.71; Amount Allowed: 14,607.71; Distribution Dividend: 0.62; | 7100-000 | | $90.79 | $31,308.70 |
| 09/04/2013 | 3011 | Capital One Bank (USA), N.A. | Claim #: 7; Amount Claimed: 231.03; Amount Allowed: 231.03; Distribution Dividend: 0.62; | 7100-000 | | $1.44 | $31,307.26 |
| 09/04/2013 | 3012 | American Express Bank, FSB | Claim #: 8; Amount Claimed: 9,760.21; Amount Allowed: 9,760.21; Distribution Dividend: 0.62; | 7100-000 | | $60.66 | $31,246.60 |
| 09/04/2013 | 3013 | American Express Bank, FSB | Claim #: 9; Amount Claimed: 38,213.95; Amount Allowed: 38,213.95; Distribution Dividend: 0.62; | 7100-000 | | $237.51 | $31,009.09 |
| 09/04/2013 | 3014 | FIA Card Services, NA/Bank of America | Claim #: 10; Amount Claimed: 45,068.18; Amount Allowed: 45,068.18; Distribution Dividend: 0.62; | 7100-000 | | $280.11 | $30,728.98 |
| 09/04/2013 | 3015 | American Express Centurion Bank | Claim #: 11; Amount Claimed: 30,314.64; Amount Allowed: 30,314.64; Distribution Dividend: 0.62; | 7100-000 | | $188.41 | $30,540.57 |

**SUBTOTALS** $68,750.00 $38,209.43

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-26936-ERW | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | PAYNE, JAMES A | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1792 | | Checking Acct #: | ******3601 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 6/15/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/18/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/04/2013 | 3016 | Western Finance & Lease, Inc. | Claim #: 12; Amount Claimed: 18,752.13; Amount Allowed: 18,752.13; Distribution Dividend: 0.62; | 7100-000 | | $116.55 | $30,424.02 |
| 09/04/2013 | 3017 | Western Finance & Lease, Inc. | Claim #: 13; Amount Claimed: 183,727.56; Amount Allowed: 183,727.56; Distribution Dividend: 0.62; | 7100-000 | | $1,141.90 | $29,282.12 |
| 09/04/2013 | 3018 | CNH Capital America LLC | Claim #: 14; Amount Claimed: 1,764,812.27; Amount Allowed: 1,764,812.27; Distribution Dividend: 0.62; | 7100-000 | | $10,968.66 | $18,313.46 |
| 09/04/2013 | 3019 | Harris N.A. | Claim #: 15; Amount Claimed: 2,946,559.67; Amount Allowed: 2,946,559.67; Distribution Dividend: 0.62; | 7100-000 | | $18,313.46 | $0.00 |
| 09/12/2013 | 3011 | VOID: Capital One Bank (USA), N.A. | | 7100-003 | | ($1.44) | $1.44 |
| 09/12/2013 | 3020 | Office of the Clerk United States Bankruptcy Court | Small Dividends. | 7100-001 | | $1.44 | $0.00 |
| | | | **TOTALS:** | | $68,750.00 | $68,750.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $68,750.00 | $68,750.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $68,750.00 | $68,750.00 | |

| For the period of 6/15/2010 to 11/18/2013 | | For the entire history of the account between 03/14/2013 to 11/18/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $68,750.00 | Total Compensable Receipts: | $68,750.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $68,750.00 | Total Comp/Non Comp Receipts: | $68,750.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $68,750.00 | Total Compensable Disbursements: | $68,750.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $68,750.00 | Total Comp/Non Comp Disbursements: | $68,750.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Case 10-26936 Doc 67 Filed 12/03/13 Entered 12/03/13 10:52:41 Desc Main
Document Page 10 of 10

FORM 2

Page No: 3

Exhibit 9

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 10-26936-ERW | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- |
| Case Name: | PAYNE, JAMES A | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1792 | Checking Acct #: | ******3601 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 6/15/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/18/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
| --- | --- | --- | --- |
| | $68,750.00 | $68,750.00 | $0.00 |

**For the period of 6/15/2010 to 11/18/2013**

| | |
| --- | --- |
| Total Compensable Receipts: | $68,750.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $68,750.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $68,750.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $68,750.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 06/15/2010 to 11/18/2013**

| | |
| --- | --- |
| Total Compensable Receipts: | $68,750.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $68,750.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $68,750.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $68,750.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ